IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| N.D.H., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 4:25-cv-389-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et. al*, | : |
| | : |
| Respondents. | : |

## ORDER

The Court previously scheduled an evidentiary hearing in this case at 11:00 a.m. on Tuesday, December 16, 2025, in the Columbus Division of the Middle District of Georgia. On December 10, 2025, Respondents filed a motion to dismiss the Petition. ECF No. 9. In light of this newly filed motion, the Court is going to defer the hearing scheduled in this case until after briefing is complete. Once the Court reviews the responses and any evidence submitted in support, it will consider whether a hearing is still necessary.[1] The Court encourages the parties to make the record in this case complete by submitting any exhibits, declarations, or other relevant evidence. The hearing scheduled for Tuesday, December 16, 2025, is cancelled.

**SO ORDERED**, this 12th day of December, 2025.

        s/ *Amelia G. Helmick*
        UNITED STATES MAGISTRATE JUDGE

---

[1] If a hearing is scheduled, the Court expects this hearing to be held in-person (to include witnesses and parties) in Columbus, Georgia.